IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEVONTE PARKES,
    Petitioner,

vs.                                    Case No.: 3:19cv1089/LAC/EMT

MARK S. INCH,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court upon referral from the clerk. Petitioner commenced this action by filing a complaint/petition in the federal court in the Middle District of Florida (ECF No. 1). The Middle District transferred the case to this court (ECF No. 2). On April 29, 2019, this court ordered Petitioner to file, within thirty (30) days, an amended habeas petition on the court-approved form, and to either pay the filing fee or file a motion to proceed in forma pauperis ("IFP") (*see* ECF No. 4). Petitioner failed to respond to the order; therefore, on June 11, 2019, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 5). The time for compliance with the show cause order has now elapsed and Petitioner has failed to file an amended petition, pay the filing fee, submit a motion to proceed in forma pauperis, or explain his failure to comply with the court's order.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 18th day of July 2019.

                                                */s/ Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.